No. 798. UNITED STATES ET AL. *v.* MITCHELL ET AL. C. A. 5th Cir. [Certiorari granted, 400 U. S. 1008.] Motion of respondent Angello for additional time for oral argument granted and an additional 15 minutes allotted for that purpose. The Solicitor General also granted an additional 15 minutes to argue on behalf of the United States.

No. 835. DEWEY *v.* REYNOLDS METALS Co. C. A. 6th Cir. [Certiorari granted, 400 U. S. 1008.] Motions of National Jewish Commission on Law & Public Affairs et al., Chamber of Commerce of the United States, and American Jewish Congress for leave to file briefs as *amici curiae* granted. MR. JUSTICE HARLAN took no part in the consideration or decision of these motions.

No. 1463. DEKAR INDUSTRIES, INC., ET AL. *v.* BISSETT-BERMAN CORP. C. A. 9th Cir. Motion of respondent to restrict distribution of petition or in the alternative to delete portions thereof denied.

No. 6303. TRULL *v.* SMITH, WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 6319. NEY *v.* FIELD, MEN'S COLONY SUPERINTENDENT;
No. 6474. BROWN *v.* BUCHKOE, WARDEN;
No. 6579. WARD *v.* PAGE, WARDEN; and
No. 6663. REESE ET AL. *v.* SMITH, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 6601. HARRIS *v.* LAFAVE; and
No. 6665. LAUGHLIN *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.